E-FILED
Wednesday, 20 June, 2007  03:36:40 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

Kenneth w. Foster                )
**Plaintiff**                    )
                                 )
vs.                              )
                                 )          Case No. 07-3151
deputy Travis Koester )
                                 )
Sangamon county          )
____Sheriffs department )
**Defendant(s)**                 )

## COMPLAINT

☑   **42 U.S.C. §1983** (suit against state officials for constitutional violations)

☐   **28 U.S.C. § 1331** (suit against federal officials for constitutional violations)

☐   Other  also county official

*Please note:  This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, Kenneth w. Foster , and states as follows:

My current address is: 935 Nth milton #1 SPfld Illinois 62702

---

The defendant Travis Koester, is employed as Sangamon county
Police officer at #1 Sheriffs Plaza [200 Sth 9th St] SPfld Il.
            Sangamon
The defendant county Sheriffs, is employed as
            Department                               #1 Sheriffs Plaza
                                    at 200 Sth 9th St SPfld Il  62703

The defendant N/A , is employed as _____
_____ at _____

The defendant N/A , is employed as _____
_____ at _____

(revised 9/96)

The defendant _____, is employed as _____

_____ at _____

Additional defendants and addresses _____

_____

_____

_____

_____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?          Yes       ☐                    No    ☑

If yes, please describe _____ *N/A* _____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?

                    Yes    ☐                    No    ☑

C. If your answer to B is yes, how many? *N/A*   Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

   1. Parties to previous lawsuit:

      Plaintiff(s)  _____ *N/A* _____

      Defendant(s) _____ *N/A* _____

      _____

   2. Court (if federal court, give name of district; if state court, give name of county)

      _____ *N/A* _____

   3. Docket Number/Judge _____ *N/A* _____

2

4.  Basic claim made _____ *N/A* _____

5.  Disposition (That is, how did the case end.  Was the case dismissed?  Was it appealed?  Is it

still pending?) _____ *N/A* _____

6.  Approximate date of filing of lawsuit _____ *N/A* _____

7.  Approximate date of disposition _____ *N/A* _____

For additional cases, provide the above information in the same format on a separate page.


## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A.  Is there a grievance procedure available at your institution?   Yes  ☐   No  ☑  *N/A*

B.  Have you filed a grievance concerning the facts relating to this complaint?   Yes  ☐   No  ☑  *N/A*

If your answer is no, explain why not _____ *N/A* _____

_____

C.  Is the grievance process completed?   Yes  ☐   No  ☐  – *N/A*

*PLEASE NOTE:  THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON*

*FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND*

*UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES.  PLEASE ATTACH*

*COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

## STATEMENT OF CLAIM

Place of the occurrence ___933 Nth milton #1  SPfld IL___

Date of the occurrence ___June 5th 2007 Aprox. 7:45 P.M___

Witnesses to the occurrence ___MiKe Williams 1001 Nth milton___
___SPfld IL. 62702___

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims*
*should be raised in a separate civil action.*
### THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

On June 5th 2007 at aproximately 7:45 P.m.
i KeNNeth Foster, was at home at 933 Nth
milton #1 in springfield, i was at home enjoying
normal activity when i heard a firm
Knock at my back door, my Tendency is
not to answer my back door right away.
i looked out off my Kitchen window and did
not discern who was Knocking, The Knocks
continued but only louder, at this point i
got concerned because nobody was saying
anything, The Knocks turned into loud Kicks,
at this point i ran to the door asked who
in the hell is that out there, the voice ring back
to open up, i declined to do so then the
Kicks turned into stomps at my back door,
i yelled what the hell do you want! he said

4

open up or i'll kick it in, i did not open the door because officer Travis Koester had not identified himself as a police officer, he stomped on the door until it come open, he burst into my home without an arrest warrant or a search warrant officer Koester was enraged when he slammed me against the wall pressing mightily on my neck, severely spraining my neck, i was pulled outside where he put the cuffs on so tight that they cut off my circulation and my hands got numb so did my arms, i was further humiliated by being drug to his squad car and then threatened to by hobbled if i did'nt stop asking questions of my treatment by him and why i was being arrested, i was taken to jail and booked with aggravated intimidation a felony, resisting arrest, and telephone harrasment i spent parts of three days in jail with no bond and was finally released on June 7th with no charges filed, this was a very frightening experience.

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

i would like for deputy Koester To be reprima-
-aded to the fullest exstent of his agencies
policy for these constitutional violations, ——
and also a well deserved Punitive award
that would be adequete for the violations
that he committed in the amount of ——
$100.000 & $50.000 in Personal damages.

**JURY DEMAND**           Yes    ☐                   No  ☑

Signed this ___8th___ day of ___June___, 19 2007.

_Kenneth W. Foster_
( *Signature of Plaintiff*)

| Name of Plaintiff: <br> Kenneth W. Foster | Inmate Identification Number: <br> N/A |
|---|---|
| Address: P.O box 6072 <br> SPfld I. 62708 | Telephone Number: 217-753-3748 <br> Alternate → 789-1083 |

933 milton #1 SPfld I.
62702

6