Case No. 2007-cv-3151

I Plaintiff Kenneth W. Foster would like to extend my apologies to the courts & to the defendant, for any inconvenience that was caused concerning my untimely accident on the original trial date of July 21st of this year.

very truly yours

Kenneth W. Foster

8-27-09

FILED
AUG 27 2009
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS