E-FILED
Thursday, 29 July, 2010  08:21:09 AM
Clerk, U.S. District Court, ILCD

RECEIVED
JUL 28 2010
JEANNE E. SCOTT
U.S. DISTRICT JUDGE
IN CHAMBERS
SPRINGFIELD, IL

7-26-10                                                         1:00 P.M.

Dear Judge Scott,

I am Kenneth Foster, with case 07-cv-3151 Pending on your dockette for trial. i am writing you this Personal letter at this time to inform you of the status of my case and also a step by step account of how we arrived at the decision that was made by both sides.

that case, was state case # 2009-CF-862, aggravated battery, i Pled guilty to the charge with what i'm sure to be relief by the states attorney, and under great <u>duress</u> Pertaining to myself, if you can remember that the first Portion of this case that was split in half 3 days before it was to go to trial on may 4th of this year, i was aquitted in the trial which was almost an open & shut case. that charge was harrassment of a witness, 2 counts triad together with good & fair results for me.

i am giving you this account of what took Place in the Previous case because of my remaining quest to show what transpired in what was left in the case, being the agg battery and how unfair the conditions were in reaching the decision to Plead guilty, as a result, i am sure that my constitutional rights were violated.

and here is what happened that Kicked off this entire dreadful situation that has altered my life forever. on october 5th, 2009 i called 911 operator to report an assault & battery that happened to me,


② 

by the two individuals that i called the 9-1-1 operator on the Police came out, did his investigation, wrote up his report almost exactly in accord with what happened and what i told him, but with one vital ommition of the facts, and that was that he reveiwed the video surveliance tape, saw what happened, and did not enter that vital information into his Police Report, that would have made all the difference in the right people being charged with the crime, as a result, i was arrested + charged with misdeameanor battery, but before i was taken to Jail i was taken to the hospital for a cut that i recieved when i was struck with a steel newspaper rack that gave me the injury in which i recieved a tetnae shot for, the Police took Pictures of my injury before i was taken to the hospital, then i was taken to Jail + charged, but even with the almost accurate Police report that i spoke about, with omition of video, the states attorney declined to charge me and dismissed the case, and i also have the paper work to prove it, a copy of the Police report that i recieved from my attorney that was from the prosecutors office that stated battery dismissed June 09 written across the top of it, which was less than a week from the time it happened.

your honor you have on record in your office the times that i have sued the SPfld P. D.

(3)

when they found out that the states attorney had dropped the charges of battery on me, the officers and their supervisor went to the prosecutors office then pressured them to again pick up charges that had already been dismissed because of their fear of knowing, that i would attempt to sue them because of the treatment that i recieved at the hands of their department.

So now the states attorney's office have a new delima to create a new set of unjustified circumstances that would solitify my going to Jail, thats when i was accussed of harrassing the victim witness cordinator in the case that works in the states attorrney's office by the name of hollie Smith, along with the other two witnesses in the case in order to Justify the need to help the spfld P.D. and their quest to railroad me, I was intimidated for months + months of courts appearences by S.P.D. after i was charged with harrassment of a witness + aggravated battery.  they were ever present with intimidation in the courtroom when they had nothing to do with what i was in Jail for,  i was never triad on that battery charge that reached being over a year old because it was really a Phantom charge that i could never be prosecuted for ~~charged with~~ anyway because it was anitially dismissed.  the situation of harrassment + agg battery was put into motion by three

(4)

county employee's, with me being oblivious to what was in affect by their evil intensions, thats when hollie smith, Joshua morrison, & barbara Krueger teamed with the witnesses in the misdeamenor case to get me charged. when i was called before the Judge to be questioned about the allegations, Sangamon county court personel, oblivious to me, moved in behind me to get into place for what everyone concerned knew what was comming but me, when i was grabbed by them from behind, i was startled to where a small struggle ensued, i was taken to the floor & tasered then handcuffed, stood up & taken to Jail, this is what took place for them to say that i committed an aggravated battery against one of their own, at best, it only rises to a minor incident of resisting arrest that yielded me a three year prison sentence because of the evil intensions of the designing powers that needed to assist oneanother to get me charged & convicted in order to save their own skins. from the inevitable desire of me wanting to file a charge in federal court like i've done in the past against both agencies, the misdeamenor charge was never considered or attempted to be taken to trial, it drug on for over a year, its inception was June 11th 2009 and was not disposed of until the other cases were finalized on July 19th '10 it was never considered to

⑤

be dismissed or did it actually go to trial because of their insatiable need for it not to be thrown out, and they could not take it to trial because of it being a Phantom case, which is why i plea bargained out of it  also because they would have kept it hanging over me for a much longer time which meant that i could not move on to start on the remainder of my sentence in the last part of the case. being found not guilty in the harrassment portion of the case is the only saving grace part of this whole situation that i find peace about, as a result of that not guilty verdict, is the only chance that i have in getting Justice for the wrongs that have been committed against me by this system that is supposed to be fair with Justice for all, Justice can only be attained if certain parts of this case is ressurected and given fairness that it deserves in order to ensure that it recieves the level of compatance that is afforded every case that comes through the System until then, the SPfld P.D. <u>only</u>, have escaped with committing another miscarige of Justice against me that i did not deserve from them. Judge Scott, i have completed most of the sentence that i must do, here in the county jail, hopefully it would leave me with either two or five months to do on my entire sentence, preferably the two

⑥

whenever i can go to d.o.c. and get out to pick up these situations where they were left at, hopefully with posative results. your honor this was an attempt at giving you an accurate + truthful account of what has transpired concerning these awful situations that i've been engulfed in for over a year now, 10 months of it being locked up fighting for my life, prayerfully this manuscript will help make a difference whenever you or the courts here from me again on this issue. until then i pray to be treated fairly then left alone by this area's police agencies, your honor i saw on the news about a year ago that you were supposed to be retiring from the bench, if that is the case, i wish you peace + a great retirement but i would love for someone who is at least — familiar with my present case and my writings to be in charge of my situation if at all possible, for the obvious reasons of needing this whole — situation to run as smoothly as possible.

thank you!

Respectfully Submitted
Kenneth W. Foster

Ken Foster
#1 Sheriffs Plaza
200 5th 9th Street
Spfld Ill 62701

IS CORRESPONDENCE
FROM AN INMATE
THE SANGAMON COUNTY
DETENTION FACILITY

Legal mail

Judge Jeanne Scott
U.S. District Court
600 East monroe
Spfld Illinois 62701