AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**KENNETH W. FOSTER**

vs.                                                                                    Case Number:   **07-3151**

**TRAVIS KOESTER and
SANGAMON COUNTY SHERIFF'S DEPARTMENT**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**XXX   DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**  pursuant to an order entered by the Honorable Chief Judge Michael P. McCuskey this cause of action is terminated as sanctions for failure to notify Court of his change of address and for lack of interest.  Case closed.-------------------------------------------------------------------------

ENTER this 7th day of January, 2011

s/Pamela E. Robinson
PAMELA E. ROBINSON, CLERK


_____s/Christy Taylor_____
BY:  DEPUTY CLERK